UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA McELROY,<br><br>             Plaintiff,<br><br>       vs.<br><br>WEBER INC., KELLY RAINKO, SUSAN T. CONGALTON, ELLIOT HILL, MARTIN McCOURT, MELINDA R. RICH, JAMES C. STEPHEN, and MAGESVARAN SURANJAN,<br><br>             Defendants. | **Case No.: 1:23-cv-00476**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Linda McElroy ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 22, 2023           **BRODSKY & SMITH**

                                By:  */s/ Evan J. Smith*
                                      Evan J. Smith
                                      240 Mineola Boulevard
                                      Mineola, NY  11501
                                      Phone:  (516) 741-4977
                                      Facsimile (561) 741-0626

                                      *Attorneys for Plaintiff*